Same memorandum as in *Schlau v City of Buffalo* ([appeal No. 1] 125 AD3d 1546 [2015]). Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.

■  KENNETH M. SCHLAU, JR., Respondent, v CITY OF BUF-FALO et al., Appellants, et al., Defendants. (Appeal No. 5.) [999

NYS2d 924]—Appeals from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered October 30, 2013. The order, among other things, directed plaintiff to produce a privilege log.

It is hereby ordered that said appeals are unanimously dismissed without costs.

Same memorandum as in *Schlau v City of Buffalo* ([appeal No. 1] 125 AD3d 1546 [2015]). Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.